# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 67 MAL 2015
:
                Respondent :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
           v. :
:
:
:
RICHARD BALSAVAGE, :
:
             Petitioner :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 17th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.